1 | MICHAELIS, MONTANARI & JOHNSON, P.C.
GARRY L. MONTANARI, State Bar No. 89790
2 | 4333 Park Terrace Drive, Suite 110
Westlake Village, CA 91361
3 | Telephone No.: (818) 865-0444

4 | STEPHEN E. GRAUBERGER
Attorney at Law (Pro Hac Vice)
5 | 2323 N. Mt. Juliet Rd.
Mt. Juliet, TN 37122
6 | Telephone No.: (615) 773-6116
Attorneys for all named Defendants
7 | with the exception of Billy Strange
and MCS Plaintiffs

8

UNITED STATES DISTRICT COURT

9

FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

12 | NAPSTER, INC., a Delaware        )   Case #: CV 06-7285-DSF(SHx)
Corporation, and NAPSTER, LLC, a )   CONSOLIDATED WITH
13 | Delaware limited liability company, )   Case #: CV 07-2297-DSF(SHx)

14 |              Plaintiffs,          )   **FIRST AMENDED COMPLAINT FOR
                                   )   COPYRIGHT INFRINGEMENT
15 | v.                               )   BY MCS PLAINTIFFS**
                                   )
16 | MCS MUSIC AMERICA, INC., a       )
California corporation; et al.     )
17 |              Defendants.         )
18 | _____ )

19

20 | ///

21 | ///

22 | //

23 | //

24 | //

25 | ///

26 | ///

27 | ///

28 | ///

1

1    MCS MUSIC AMERICA, INC., a
     California corporation; MUSIC
2    COPYRIGHT SOLUTIONS PLC, a
     United Kingdom business entity,
3    d/b/a SU-MA PUBLISHING
     COMPANY; MARK FARNER,
4    Individually, and d/b/a CRAM
     RENRAFF COMPANY; DANNY
5    SIMPSON, an individual, d/b/a
     DANNY SIMPSON MUSIC;
6    DAVID HOFFNER, an individual,
     d/b/a FIELDS OF AUTUMN
7    PUBLISHING; CHARLIE BLACK,
     an individual, d/b/a SONGS IN
8    BLACK INK; R GANT MUSIC
     GROUP, INCORPORATED, a
9    Tennessee corporation, d/b/a HELLO
     DARLIN' MUSIC; CHARLES
10   LLOYD, Individually, and d/b/a
     FOREST FARM MUSIC; DARIUS
11   BROOKS, an individual, d/b/a
     FROM D's PEN; HAPPY SACK
12   MUSIC, LTD., a Canadian business
     entity, d/b/a VISA MUSIC; SI
13   KAHN, Individually, and d/b/a JOE
     HILL MUSIC; LAURENCE WEISS,
14   Individually, and d/b/a
     RHINESTONE COWBOY MUSIC
15   CO.; SLL MUSIC, LLC, a Tennessee
     limited liability company, d/b/a SLL
16   MUSIC and I-FORTY MUSIC,
     TIMOTHY WILSON, an individual.
17   d/b/a TIMOTHY C. WILSON
     MUSIC and TIMOTHY WILSON
18   MUSIC; DYYOR, INC., a California
     corporation, d/b/a Seven Centers
19   Publishing; and JOHN
     MCCUTCHEON, Individually, and
20   d/b/a APPALSONGS and
     APPALSEED PRODUCTIONS
21
            Plaintiffs,
22
     v.
23
     NAPSTER, INC., a Delaware
24   corporation; and NAPSTER, LLC, a
     Delaware limited liability company,
25
            Defendants.
26   _____
27
28

          CASE NO.: CV06-07285-DSF(SHx)
          consolidate w/ CV07-2297-DSF(SHx)
          Hon. Dale S. Fischer

          **FIRST AMENDED COMPLAINT
          FOR COPYRIGHT
          INFRINGEMENT BY MCS
          PLAINTIFFS**

1    **COME NOW** the Plaintiffs, by and through counsel, and for complaint

2    against Defendants Napster, Inc. and Napster, LLC (hereinafter collectively referred to

3
     as "Napster") would state as follows:
4

5                              **A. INTRODUCTION**

6    1.  This Complaint is filed and these proceedings are instituted under the

7
     United States Copyright Act, 17 U.S.C. § 101 *et seq.* for copyright infringement and
8

9    injunctive relief and to recover, at Plaintiffs' election, either actual or statutory

10   damages, plus discretionary costs, reasonable attorney's fees and costs for Defendant's

11
     willful violations of the Act.
12

13                         **B. JURISDICTION & VENUE**

14   2.  The subject matter jurisdiction of this Court is invoked pursuant to 28

15
     U.S.C. § 1331 and 1338(a). Personal jurisdiction is proper in that the principal place of
16

17   business of defendants is in Los Angeles, California and said defendants have instituted

18
     a consolidated lawsuit in this District. Venue resides in this judicial district pursuant to
19

20   transfer of this action from the United States District Court for the Middle District of

21   Tennessee although plaintiffs reserve the right to challenge same.

22

23                              *C. PARTIES*

24   3.  Plaintiff MCS Music America, Inc (hereinafter "MCS") is a California

25   corporation with its principal place of business in Nashville, Tennessee. MCS is a

26   copyright administration company that administers approximately forty-five thousand

27
     (45.000) copyrights, and is the current or previous exclusive copyright and licensing
28

                                        3

1   administrator for each named Plaintiff, with the exception of Plaintiff John

2   McCutcheon.

3

4           4.  Music Copyright Solutions PLC d/b/a Su-Ma Publishing Company is a

5   corporation organized under the laws of the United Kingdom with its principal place of

6   business in London, England.  Music Copyright Solutions PLC is the parent of MCS

7
8   Music America, Inc.

9           5.  Plaintiff Mark Farner, Individually and d/b/a Cram Renraff Company is

10  a citizen and resident of Michigan.

11

12          6.  Plaintiff Danny Simpson, an individual d/b/a Danny Simpson Music is

13  a citizen and resident of Tennessee.

14          7.  Plaintiff David Hoffner, an individual d/b/a Fields of Autumn

15
16  Publishing is a citizen and resident of Tennessee.

17          8.  Plaintiff Charlie Black, an individual d/b/a Songs In Black Ink is a

18  citizen and resident of Florida.

19

20          9.  Plaintiff R Gant Music Group, Incorporated, d/b/a Hello Darlin' Music

21  is a Tennessee corporation.

22          10.  Plaintiff Charles Lloyd, Individually and d/b/a Forest Farm Music is a

23
24  citizen and resident of California.

25          11.  Plaintiff Darius Brooks, an individual d/b/a From D's Pen is a citizen

26  and resident of Illinois.

27

28

4

1    12. Plaintiff Happy Sack Music Ltd., d/b/a Visa Music, is a corporation

2    organized under the laws of Canada, with its principal place of business in Toronto,

3

4    Ontario, Canada.

5    13. Plaintiff Si Kahn, Individually and d/b/a Joe Hill Music is a citizen and

6    resident of North Carolina.

7

8    14. Plaintiff Laurence Weiss. Individually and d/b/a Rhinestone Cowboy

9    Music Co., is a citizen and resident of Tennessee.

10    15. Plaintiff SLL Music, LLC, d/b/a SLL Music and I-Forty Music is a

11

12    Tennessee limited liability company.

13    16. Plaintiff Timothy Wilson, an individual d/b/a Timothy C. Wilson

14    Music and Timothy Wilson Music is a citizen and resident of Kentucky.

15

16    17. Plaintiff Dyyor, Inc., d/b/a Seven Centers Publishing is a California

17    corporation.

18    18. Plaintiff John McCutcheon, Individually and d/b/a Appalsongs and

19

20    Appalseed Productions. is a citizen and resident of Georgia.

21    19. Upon information and belief Defendant Napster, Inc., is a Delaware

22    corporation with its principal place of business in California.

23

24    20. Upon information and belief, Defendant Napster, LLC, is a Delaware

25    limited liability company with its principal place of business in California.

26

27

28

## D. FACTUAL ALLEGATIONS

21. Napster operates internet music subscription and non-subscription services located on the World Wide Web at www.napster.com and free.napster.com (collectively the "Napster Service").

22. The Napster Service, in part, allows consumers to selectively listen to the entire sound recording of a selected musical work via "On-Demand Streams", said term being defined by the Napster License Agreement, a copy of which is attached hereto as **Exhibit "A"**, as "on demand real time digital transmissions of sound recordings using so-called streaming technology "

23. The Napster Service, in part, also allows consumers, either during a free trial period or upon payment of a monthly fee to Napster, the ability to download an unlimited number of sound recordings of musical works from the Napster computer server(s) via "Limited Downloads", said term being defined by the Napster License Agreement, attached hereto as **Exhibit "A",** as "the making and distribution of sound recordings by digital transmission to local storage devices (e.g., the hard drive of a user's computer or portable devices)" via "time limited or use limited downloads."

24. Said Limited Downloads remain on the consumer's computer hard drive as long as the free trial period is in effect or the subscriber pays to Napster the monthly subscription fee.

25. In order to transmit, perform, reproduce and deliver any sound recording of any musical work via "On-Demand Streams" or "Limited Downloads",

6

1 Napster must first obtain not only the rights for the sound recording, but also the rights
2 for the underlying musical work.

3
4     26. Plaintiff MCS Music America, Inc., while not owning any of the
5 copyrighted works at issue herein, is the current or previous exclusive copyright and
6 licensing administrator for each named Plaintiff, with the exception of Plaintiff John
7
8 McCutcheon, and, as exclusive licensing agent for a percentage of income, has a
9 beneficial interest in the outcome of this litigation.

10     27. Plaintiff Music Copyright Solutions. PLC, d b/a Su-Ma Publishing
11
12 Company (hereinafter "MCS, PLC") is the sole legal or beneficial owner of the
13 following musical work(s) (Copyright Registration No. following title):

14     i. "Oh To Be Kept By Jesus" – EP 306271
15
16     28. MCS. PLC is the exclusive holder of all rights granted by 17 U.S.C. §
17 106 in and to the musical work referenced in Paragraph 27 hereof.

18     29. The musical work referenced in Paragraph 27 hereof has been
19
20 registered with the United States Copyright Office, as evidenced by the corresponding
21 Certificate of Copyright Registration, a copy of which is attached hereto as **Exhibit**
22 **"B"**, which is incorporated herein by reference.
23
24     30. Upon information and belief, without MCS, PLC's authorization or
25 permission, Napster has copied, displayed, performed, made available for distribution
26 and distributed to the public, via its "On-Demand Streams" and "Limited Downloads"
27
28 on the Napster Service, the following sound recordings (as listed on the Napster

7

1    Service) embodying MCS, PLC's copyrighted musical work referenced in Paragraph 27

2    hereof:

3

| Track<br>Oh To Be Kept By Jesus | Artist<br>GENE VIALE | Album<br>A Light To This World |
| --- | --- | --- |
| Oh To Be Kept By Jesus | Rev. James Cleveland | This Is Gospel Vol. 26 –<br>Rev. James Cleveland- A |
| Oh To Be Kept By Jesus | Rev. James Cleveland | Treasures?The Golden Years<br>Of The King |
| Oh To Be Kept By Jesus | Reverend James<br>Cleveland | We Remember?The King |

9

10        31. Plaintiff Mark Farner, Individually and d/b/a Cram Renraff Company

11   (hereinafter "Farner") is the sole legal or beneficial owner of the following musical

12   work(s) (Copyright Registration No. following title):

13

14              i.  "Ain't Gonna Be Their Fool No More" (aka Creepin') EU

15              418974

16              ii.  "Borderline"  PAU 512-380

17

18              iii.  "Destitute & Losin'" - PA 1-013-477

19              iv.  "Don't Lie To Me" – PAU 437-783

20              v.  "El Salvador" – PAU 437-781

21

22              vi.  "Greed of Man (Tell Me)" – PA 119-377

23              vii.  "Innocent" – PAU 512-379

24              viii.  "Stuck In The Middle" – PA 119-378

25

26        32. Farner is the exclusive holder of all rights granted by 17 U.S.C. § 106

27   in and to the musical works referenced in Paragraph 31 hereof.

28

1         33. The musical works referenced in Paragraph 31 hereof has been

2 registered with the United States Copyright Office, as evidenced by the corresponding

3

4 Certificates of Copyright Registration, copies of which are collectively attached hereto

5 as **Exhibit "C"**, which is incorporated herein by reference.

6         34. Upon information and belief, without Farner's authorization or

7

8 permission, Napster has copied, displayed, performed, made available for distribution

9 and distributed to the public, via its "On-Demand Streams" and "Limited Downloads"

10 on the Napster Service, the following sound recordings (as listed on the Napster

11

12 Service) embodying Farner's copyrighted musical works referenced in Paragraph 31

13 hereof:

| Track | Artist | Album |
|---|---|---|
| Creepin' | Grand Funk Railroad | Thirty Years of Funk... (Feelin' Alright) |
| Creepin' | Grand Funk Railroad | 30 Years of Funk: 1969-1999 The Anthology |
| Borderline (Album Version) | Grand Funk Railroad | What's Funk |
| Destitute And Losin' | Grand Funk Railroad | Shinin' On |
| Destitute And Losin' | Grand Funk | 30 Years of Funk: 1969-1999 The Anthology |
| Don't Lie To Me (Album Version) | Grand Funk Railroad | What's Funk |
| El Salvador (Album Version) | Grand Funk Railroad | What's Funk |
| Greed of Man (Album Version) | Grand Funk Railroad | Grand Funk Lives |
| Innocent (Album Version) | Grand Funk Railroad | What's Funk |
| Stuck In The Middle (Album Version) | Grand Funk Railroad | Grand Funk Lives |

35. Plaintiff Danny Simpson, an individual d/b/a Danny Simpson Music , and Plaintiff Timothy C. Wilson, Individually and d/b/a Timothy C. Wilson Music and Timothy Wilson Music (hereinafter collectively referred to as "Simpson and Wilson") are jointly the sole legal or beneficial owners of the following musical work(s) (Copyright Registration No. following title):

     i. "Brady Bill" – PA 846-559

     ii. "Dale Jarrett's Car" – PA 846-559

     iii. "Father-In-Law" – PA 846-559

     iv. "In God And Alan Greenspan We Trust"   PA 846-559

     v. "High Maintenance Woman" – PA 846-559

     vi. "Smack Dab In Paradise" – PA 846-559

     vii. "Too Stoned For Sturgis" – PA 846-559

36. Simpson and Wilson are the exclusive holders of all rights granted by 17 U.S.C. § 106 in and to the musical works referenced in Paragraph 35 hereof.

37. The musical works referenced in Paragraph 35 hereof has been registered with the United States Copyright Office, as evidenced by the corresponding Certificates of Copyright Registration, copies of which are collectively attached hereto as **Exhibit "D"**, which is incorporated herein by reference.

38. Upon information and belief, without Simpson and Wilson's authorization or permission, Napster has copied, displayed, performed, made available for distribution and distributed to the public, via its "On-Demand Streams" and "Limited Downloads" on the Napster Service, the following sound recordings (as listed

1 | on the Napster Service) embodying Wilson and Simpson's copyrighted musical works

2 | referenced in Paragraph 35 hereof:

3

| Track | Artist | Album |
|---|---|---|
| Brady Bill (Gunfighter Without A Gun) | Tim Wilson | I Should've Married My Father-In-Law (In God & Alan Greenspan We Trust) |
| Dale Jarrett's Car | Tim Wilson | I Should've Married My Father-In-Law (In God & Alan Greenspan We Trust) |
| Father-In-Law | Tim Wilson | I Should've Married My Father-In-Law (In God & Alan Greenspan We Trust) |
| High Maintenance Woman | Tim Wilson | I Should've Married My Father-In-Law (In God & Alan Greenspan We Trust) |
| In God & Alan Greenspan We Trust | Tim Wilson | I Should've Married My Father-In-Law (In God & Alan Greenspan We Trust) |
| Smack Dab In Paradise | Tim Wilson | I Should've Married My Father-In-Law (In God & Alan Greenspan We Trust) |
| Too Stoned For Sturgis | Tim Wilson | I Should've Married My Father-In-Law (In God & Alan Greenspan We Trust) |

39. Plaintiff David Hoffner, an individual and d/b/a Fields of Autumn Publishing (hereinafter referred to as "Hoffner") is the joint legal or beneficial owner of the following musical work(s) (Copyright Registration No. following title):

i. "Big River (Ulug Hem)" – PA 945-403

ii. "Good Horses (Eki A'ttar)" - PA 945-397

iii. "Harness Your Horse And Catch The Wind (A'ttyng Derii)" - PA 945-405

iv. "Kargyraa Rap (Durgen Chugaa)" – PA 945-399

v. "Little Yurt On The Prairie (Arty Saiyyr)" – PA 945-400

| | | |
|---|---|---|
| Kargyraa Rap | Ondar | Back Tuva Future |
| Little Yurt On The Prairie | Ondar | Back Tuva Future |
| My Tuva | Ondar | Back Tuva Future |
| The Other Side Of The Mountain | Ondar | Back Tuva Future |
| Tuva Groove | Ondar | Back Tuva Future |
| Where Has My Country Gone? | Ondar | Back Tuva Future |

43. Plaintiff Charlie Black, an individual and d/b/a Songs In Black Ink (hereinafter referred to as "Black") is the joint legal or beneficial owner of the following musical work(s) (Copyright Registration No. following title):

    i. "Man With A Memory – Woman With A Past" – PAU 2-176-266

44. Black. along with his joint owner, is the exclusive holder of all rights granted by 17 U.S.C. § 106 in and to the musical work referenced in Paragraph 43 hereof.

45. The musical work referenced in Paragraph 43 hereof has been registered with the United States Copyright Office, as evidenced by the corresponding Certificate of Copyright Registration, a copy of which is attached hereto as **Exhibit "F"**, which is incorporated herein by reference.

46. Upon information and belief, without Black's authorization or permission. or that of the joint owner, Napster has copied, displayed, performed, made available for distribution and distributed to the public, via its "On-Demand Streams" and "Limited Downloads" on the Napster Service, the following sound recording(s) (as

1  listed on the Napster Service) embodying Black's copyrighted musical work referenced
2  in Paragraph 43 hereof:
3

| Track | Artist | Album |
|-------|--------|-------|
| Man With A Memory | Joe Nichols | Man With A Memory |

6  47. Plaintiff R Gant Music Group Incorporated, d/b/a Hello Darlin' Music
7  (hereinafter "Gant") is the sole legal or beneficial owner of the following musical
8
9  work(s) (Copyright Registration No. following title):

10      i. "Fifteen Years Ago" – EU 142111 / EP 285705

11      ii. "Fifteen Years Going Up (And One Night Coming Down)" – PA
12
13      216-276

14      iii. "When She Cries" (aka She Needs Someone To Hold Her When
She Cries) – EP 304-925
15
16  48. Gant is the exclusive holder of all rights granted by 17 U.S.C. § 106 in
17  and to the musical works referenced in Paragraph 47 hereof.

18  49. The musical works referenced in Paragraph 47 hereof has been
19
20  registered with the United States Copyright Office, as evidenced by the corresponding
21  Certificates of Copyright Registration, copies of which are collectively attached hereto
22  as **Exhibit "G"**. which is incorporated herein by reference.
23
24  50. Upon information and belief, without Gant's authorization or
25  permission. Napster has copied. displayed, performed, made available for distribution
26  and distributed to the public, via its "On-Demand Streams" and "Limited Downloads"
27
28  on the Napster Service. the following sound recordings (as listed on the Napster

1  Service) embodying Gant's copyrighted musical works referenced in Paragraph 47

2  hereof:

| Track | Artist | Album |
|---|---|---|
| Fifteen Years Ago | The Statler Brothers | Bed of Roses |
| Fifteen Years Ago | Conway Twitty | Hello Darlin' 15 #1 Hits |
| Fifteen Years Ago | Conway Twitty | The Very Best of Conway Twitty |
| Fifteen Years Ago | Conway Twitty | Oh Boy Classics Presents Conway Twitty |
| Fifteen Years Ago (Single Version) | Conway Twitty & Loretta Lynn | The Conway Twitty Collection |
| Fifteen Years Ago | Daryle Singletary | Straight From The Heart |
| Fifteen Years Going Up (And One Night Coming Down) | George Strait | Chronicles [3 CD Econopak] |
| She Needs Someone To Hold Her (When She Cries) | Conway Twitty | Hello Darlin' 15 #1 Hits |
| She Needs Someone To Hold Her When She Cries | Conway Twitty | The Very Best Of Conway Twitty |
| She Needs Someone To Hold Her (When She Cries) | Conway Twitty | Oh Boy Classics Presents Conway Twitty |

51. Plaintiff Charles Lloyd, Individually and d/b/a Forest Farm Music (hereinafter "Lloyd"), is the sole legal or beneficial owner of the following musical work(s) (Copyright Registration No. following title):

  i.  "A Different Journey" EU 775710 / RE 563-316

  ii.  "Autumn Prelude and Autumn Echo (from the suite "Autumn Sequence")" PAU 298-714

  iii.  "Bird Flight" – EU 51966 / RE 741-257

  iv.  "Blues For O.T." – EU 842694

1                v. "Dervish Dance (from "Dream Weaver")" – PAU 298-709

2              vi. "European Fantasy" – PA 103-582

4            vii. "Forest Flower" – EU 842694 / PA 105-705

5          viii. "Goin' To Memphis" – PAU 298-710

6            ix. "Hej Da" – PA 103-583

8             x. "Island Blues" – EU 775704 / RE 563310

9            xi. "Journey Within" – PA 103-584

10          xii. "Karma" – PA 103-580

12       xiii. "Little Anahid's Day" aka "Temple Bells" – PA 103-577

13       xiv. "Lonesome Child" – EU 775702 / RE 563308

14       xv. "Love Ship" aka "Dwija" – EU 51973 / RE 741260

16       xvi. "Love Song To A Baby" – EU 842694

17      xvii. "Love-In" aka "Long Time Baby" – PA 103-578

18     xviii. "Mallet Dance" – EU 842694

20       xix. "Manhattan Carousel" – PA 103-581

21       xx. "Meditation" – EU 51961 / RE 741255

22       xxi. "Memphis Dues Again" – PA 103-579

24      xxii. "Memphis Green" – PA 103-586

25     xxiii. "Passin' Thru" – EU 775703 / RE 563309

26     xxiv. "Pre-Dawn" – PA 105-704

28      xxv. "Sombrero Sam"   EU 955550 / RE 668230

1              xxvi. "Sun Yen Yen" – EU 775705 / RE 563311

2              xxvii. "Sweet Georgia Bright" – EU 842694

3

4              xxviii. "Tagore" – EU 51972 / RE 741-259

5              xxix. "The Vulture" – EU 775706 / RE 563312

6              xxx. "Tribal Dance" – PA 103-576

7

8              xxxi. "Voice In The Night" – EU 775707 / RE 563313

9         52. Lloyd is the exclusive holder of all rights granted by 17 U.S.C. § 106

10 in and to the musical works referenced in Paragraph 51 hereof.

11

12         53. The musical works referenced in Paragraph 51 hereof have been

13 registered with the United States Copyright Office, as evidenced by the corresponding

14 Certificates of Copyright Registration, copies of which are collectively attached hereto

15

16 as **Exhibit "H"**. which is incorporated herein by reference.

17         54. Upon information and belief, without Lloyd's authorization or

18 permission, Napster has copied, displayed, performed, made available for distribution

19

20 and distributed to the public, via its "On-Demand Streams" and "Limited Downloads"

21 on the Napster Service, the following sound recordings (as listed on the Napster

22 Service) embodying Lloyd's copyrighted musical works referenced in Paragraph 51

23

24 hereof:

25

| Track | Artist | Album |
|---|---|---|
| A Different Journey (Album Version) | Chico Hamilton | A Different Kind Of Journey |
| Autumn Sequence (LP Version) | Charles Lloyd Quartet | Dream Weaver |

26

27

28

| | | |
|---|---|---|
| 1 | Bird Flight (LP Version) | Charles Lloyd Quartet | Dream Weaver |
| 2 | Blues for O.T. | Chico Hamilton | Man From Two Worlds |
| 3 | Dream Weaver: Meditation, Dervish Dance (LP Version) | Charles Lloyd Quartet | Dream Weaver |
| 4 5 | European Fantasy (LP Version) | Charles Lloyd Quartet | Charles Lloyd in Europe |
| 6 | Forest Flower | Chico Hamilton | Man From Two Worlds |
| 7 8 | Forest Flower - Sunrise (Live@Monterey) | Charles Lloyd | Forest Flower: Charles Lloyd At Monterey |
| 9 10 | Forest Flower - Sunrise (Live@Monterey) | Charles Lloyd | Atlantic Jazz: Introspection |
| 11 12 | Forest Flower - Sunrise/Forest Flower – Sunset | Chico Hamilton | The House That Trane Built: The Story of Impulse Records |
| 13 14 | Forest Flower - Sunset (Live@Monterey) | Charles Lloyd | Forest Flower: Charles Lloyd At Monterey |
| 15 | Forest Flower '69 [LP Version] | Charles Lloyd | Soundtrack |
| 16 | Forest Flower: Sunrise | Chico Hamilton | NEA Jazz Masters |
| 17 18 | Forest Flower | Nate Morgan/Jeff Littleton/Fritz Wise | Live In Santa Barbara |
| 19 | Forest Flower: Sunrise/Sunset | Charles Lloyd | Voice In The Night |
| 20 | Forest Flower | Burt Conrad All Stars | Forward Looking Backwards |
| 21 22 | Forest Flower | Burt Conrad All Stars | Forward Looking Backwards Radio Edits |
| 23 24 | Goin' To Memphis Island Blues (Live In Norway) | Charles Lloyd Quartet | The Flowering |
| 25 | Hej Da! (LP Version) | Charles Lloyd Quartet | Charles Lloyd in Europe |
| 26 | Island Blues (Album Version) | Chico Hamilton | A Different Kind Of Journey |
| 27 | Island Blues | Cannonball Adderley | Fiddler On The Roof |
| 28 | Journey Within (Live @ The Fillmore) | Charles Lloyd Quartet | Journey Within |

18
First Amended Complaint for Copyright Infringement by MCS Plaintiffs

| | | | |
|---|---|---|---|
| 1 | Karma (LP Version) | Charles Lloyd Quartet | Charles Lloyd In Europe |
| 2 | Lonesome Child | Chico Hamilton | Man From Two Worlds |
| 3 | Lonesome Child: Song / Dance (Live @ The Fillmore) | Charles Lloyd Quartet | Journey Within |
| 4 | Love In (Live Version) | Charles Lloyd Quartet | Love-In |
| 5 | Love-In / Island Blues | Charles Lloyd Quartet | The Flowering |
| 6 | Love Ship (LP Version) | Charles Lloyd Quartet | Dream Weaver |
| 7 | | | |
| 8 | Love Song To A Baby (Live Estonia USSR) | Charles Lloyd Quartet | Charles Lloyd In The Soviet Union |
| 9 | Love Song To A Baby | Chico Hamilton | Man From Two Worlds |
| 10 | Mallet Dance | Chico Hamilton | Man From Two Worlds |
| 11 | Manhattan Carousel (LP Version) | Charles Lloyd Quartet | Charles  Lloyd  In  Europe |
| 12 | | | |
| 13 | Memphis Dues Again - Island Blues (Live Version) | Charles Lloyd Quartet | Love-In |
| 14 | | | |
| 15 | Memphis Green | The Jack Brothers | The Jack Brothers (Bellnas |
| 16 | Memphis Green (Live @ The Fillmore) | Charles Lloyd Quartet | Journey Within |
| 17 | | | |
| 18 | Passin' Thru | Chico Hamilton | Man From Two Worlds |
| 19 | Pre-Dawn [LP Version] | Charles Lloyd | Soundtrack |
| 20 | Sombrero Sam (LP Version) | Charles Lloyd Quartet | Dream Weaver |
| 21 | Sombrero Sam [LP Version] | Charles Lloyd Quartet | Soundtrack |
| 22 | Suu Yen Yen (Album Version) | Chico Hamilton | A Different Kind Of Journey |
| 23 | Sweet Georgia Bright (Live Estonia USSR) | Charles Lloyd Quartet | Charles Lloyd In The Soviet Union |
| 24 | | | |
| 25 | Tagore (LP Version) | Charles Lloyd Quartet | Charles Lloyd in Europe |
| 26 | Temple Bells (Live Version) | Charles Lloyd Quartet | Love-In |
| 27 | The Vulture (Album Version) | Chico Hamilton | A Different Kind Of Journey |
| 28 | / / / | | |

| | | |
|---|---|---|
| Tribal Dance (Live Estonia USSR) | Charles Lloyd Quartet | Charles Lloyd In The Soviet Union |
| Tribal Dance (Live) | Charles Lloyd Quartet | Love-In |
| Voice In The Night (Album Version) | Chico Hamilton | A Different Kind Of Journey |
| Voice In The Night [LP Version] | Charles Lloyd | Soundtrack |
| Voice In The Night | Charles Lloyd | Voice In The Night |

55. Plaintiff Darius Brooks, an individual d/b/a From D's Pen Music (hereinafter "Brooks") is the sole legal or beneficial owner of the following musical work(s) (Copyright Registration No. following title):

     i. "Your Will" – PA 1-202-948

56. Brooks is the exclusive holder of all rights granted by 17 U.S.C. § 106 in and to the musical work referenced in Paragraph 55 hereof.

57. The musical work referenced in Paragraph 55 hereof has been registered with the United States Copyright Office, as evidenced by the corresponding Certificate of Copyright Registration, a copy of which is attached hereto as **Exhibit "I"**, which is incorporated herein by reference.

58. Upon information and belief, without Brooks' authorization or permission, Napster has copied, displayed, performed, made available for distribution and distributed to the public, via its "On-Demand Streams" and "Limited Downloads" on the Napster Service, the following sound recordings (as listed on the Napster

20
First Amended Complaint for Copyright Infringement by MCS Plaintiffs

1  Service) embodying Brooks' copyrighted musical work referenced in Paragraph 55

2  hereof:

3

4  | **Track** | **Artist** | **Album** |
   | Your Will | Darius Brooks | Your Will |

5

6         59. Plaintiff Happy Sack Music Ltd., d/b/a Visa Music (hereinafter

7  "Happy Sack") is the sole legal or beneficial owner of the following musical work(s)

8  (Copyright Registration No. following title):

9

10         i. "Skipper's Blues" aka "Ashes By Now" - EU 722057 / PA 177-

11              880

12         60. Happy Sack is the exclusive holder of all rights granted by 17 U.S.C §

13

14  106 in and to the musical work referenced in Paragraph 59 hereof.

15         61. The musical work referenced in Paragraph 59 hereof has been

16  registered with the United States Copyright Office, as evidenced by the corresponding

17

18  Certificate of Copyright Registration, a copy of which is attached hereto as **Exhibit**

19  **"J"**, which is incorporated herein by reference.

20         62. Upon information and belief, without Happy Sack's authorization or

21

22  permission. Napster has copied. displayed, performed, made available for distribution

23  and distributed to the public, via its "On-Demand Streams" and "Limited Downloads"

24  on the Napster Service, the following sound recordings (as listed on the Napster

25

26  Service) embodying Happy Sack's copyrighted musical work referenced in Paragraph

27  59 hereof:

28

                                        21

| Track | Artist | Album |
|-------|--------|-------|
| Ashes By Now | Rodney Crowell | But What Will The Neighbors Think |
| Ashes By Now | Rodney Crowell | The Rodney Crowell Collection |
| Ashes By Now (Karaoke - Demonstration) | Karaoke In The Style of Lee Ann Womack | Karaoke – Sing Like Lee Womack v2 |
| Ashes By Now (Karaoke - Instrumental) | Karaoke In The Style of Lee Ann Womack | Karaoke   Sing Like Lee Womack v2 |
| Karaoke – Ashes By Now [Instrumental Version No Lead Vocals] | Karaoke In The Style of Lee Ann Womack | Karaoke – Sing Country 2001 v.1 |
| Karaoke – Ashes By Now [Demonstration Vocal Version With Lead Singer] | Karaoke In The Style of Lee Ann Womack | Karaoke – Sing Country 2001 v.1 |

63. Plaintiff Si Kahn, Individually and d/b/a Joe Hill Music (hereinafter referred to as "Kahn") is the sole legal or beneficial owner of the following musical work(s) (Copyright Registration No. following title):

      i.  "Aragon Mill" – EU 424251 / RE 913-519 (aka "Belfast Mill")

      ii.  "Babysitter" – PAU 350-897

      iii.  "By The Side Of The Road" – PAU 615-047

      iv.  "Cotton Mill Blues"   EU 621626 / RE 913-523

      v.  Detroit December  PAU 312-457

      vi.  "Friend & Companion"   PA 827-775

      vii.  "Generations"   PAU 1-181-407

      viii.  "Going Going Gone" - PAU 921-869

      ix.  "Gone Gonna Rise Again" - EU 424245

x. "Government On Horseback"    PAU 344-367

xi. "Here Is My Home" – PAU 615-047

xii. "Lawrence Jones" – EU 522384

xiii. "Long Time Traveling. Long Time Friends" – PA 300-794

xiv. "Luray Women" – PAU 615-047

xv. Mississippi Summer    PAU 344-367

xvi. "Nobody's Body But Mine" – PAU 1-561-130

xvii. "People Like You" – PA 108-153

xviii. Rock Me, Roll Me PAU 344-367

xix. Rubber Blubber Whale    PAU 312-458

xx. "Signs Of The Times" – PA 300-795

xxi. "Welcome To The World" – PAU 615-047

xxii. "What Will I Leave" – PAU 1-181-407

xxiii. Wild Rose Of The Mountain    PAU 312-457

64. Kahn is the exclusive holder of all rights granted by 17 U.S C. § 106 in and to the musical works referenced in Paragraph 63 hereof.

65. The musical works referenced in Paragraph 63 hereof have been registered with the United States Copyright Office, as evidenced by the corresponding Certificates of Copyright Registration, copies of which are attached hereto as **Exhibit "K"**. which is incorporated herein by reference.

66. Upon information and belief, without Kahn's authorization or permission, Napster has copied, displayed, performed, made available for distribution and distributed to the public, via its "On-Demand Streams" and "Limited Downloads" on the Napster Service, the following sound recording(s) (as listed on the Napster Service) embodying Kahn's copyrighted musical works referenced in Paragraph 63 hereof:

| Track | Artist | Album |
|---|---|---|
| Accidentals, Aragon Mill | Planxty | Words And Music |
| Aragon Mill | Charles Sawtelle | Music From Rancho Deville |
| Aragon Mill | Dan Bonis | Delivering The Cake |
| Aragon Mill | Dolores Keane | Dolores Keane |
| Aragon Mill | Jill Fielding | Triplicity |
| Aragon Mill | Peggy Seeger | Classic Labor Songs from Smithsonian Folkways |
| Aragon Mill | Si Kahn | Take Me Back |
| Aragon Mill | Dry Branch Fire Squad | Tried & True |
| Aragon Mill | Dry Branch Fire Squad | Live! At Last |
| Aragon Mill | U. Utah Phillips & Rosalie Sorrels | The Long Memory |
| Aragon Mill | Hans Theessink | Titanic |
| Aragon Mill | Peggy Seeger | From Where I Stand: Topical Songs from America and England |
| Belfast Mill | Dublin City Ramblers | Discover Celtic Music |
| Belfast Mill | Gilligan's Ireland | The Green Among The Gold |
| Belfast Mill | Jennifer Licko & Alan Chapman | Language of the Gaels |

24
First Amended Complaint for Copyright Infringement by MCS Plaintiffs

| | | |
|---|---|---|
| 1 | Belfast Mill | Seamus Kennedy | Bar Rooms & Ballads |
| 2 | Babysitter | John McCutcheon | Howjadoo |
| 3 | By The Side Of The Road | John McCutcheon | Signs of the Times |
| 4 | Cotton Mill Blues | Anne Price | Hearth and Fire |
| 5 | Detroit, December | John McCutcheon | Winter Solstice |
| 6 | Friend And Companion | John McCutcheon | Signs of the Times |
| 7 | Generations | Sally Rogers | Generations |
| 8 | Going Going Gone | John McCutcheon | Live at Wolf Trap |
| 9 | Gone Gonna Rise Again | The Gordons | Time Will Tell Our Story |
| 10 | Gone, Gonna Rise Again | Dick Gaughan | Redwood Cathedral |
| 11 | Government On Horseback | John McCutcheon | Signs of the Times |
| 12 | Here Is My Home | John McCutcheon | Signs of the Times |
| 13 | Lawrence Jones | Various Artists | Coal Mining Women |
| 14 | Lawrence Jones | Various Artists | Harlan County USA: Songs Of The Coal Miner's Struggle |
| 15 | Long Time Traveling, Long Time Friends | John McCutcheon | Signs of the Times |
| 16 | | | |
| 17 | Luray Women | Hot Soup | Hot Soup! |
| 18 | Luray Women | Mr. Sea Tea | The Risk Involved |
| 19 | Mississippi Summer | June Tabor And The Oyster Band | Freedom And Rain |
| 20 | | | |
| 21 | Nobody's Body But Mine | Cathy Fink & Marcy Marxer | Voice On The Wind |
| 22 | | | |
| 23 | All My Trials/People Like You | Sharon Dressen McKnight | My Backyard |
| 24 | | | |
| 25 | Rock Me, Roll Me | Musicbear | Buddy |
| 26 | Rubber Blubber Whale | Ellen Edson | Family Fare: Folk Songs for Children and Their Families |
| 27 | | | |
| 28 | | | |

| | | |
|---|---|---|
| 1 | Molly and the Whale/Rubber Blubber Whale | John McCutcheon | Howjadoo |
| 3 | Rubber Blubber Whale | John McCutcheon | Water From Another Time |
| 4 | Signs of the Times | John McCutcheon | Signs of the Times |
| 5 | Welcome To The World/ Willie's Waltz | John McCutcheon | Signs of the Times |
| 7 | What Will I Leave | Cathy Fink & Marcy Marxer | Voice On The Wind |
| 8 | What Will I Leave Behind | Charlie Bernhardt | A Bridge Between Two Worlds |
| 10 | Wild Rose Of The Mountain | Blue Rose | Blue Rose |
| 11 | Wild Rose Of The Mountain | Butch Baldassari; David Schnauffer | Appalachian Mandolin & Dulcimer |
| 13 | Wild Rose Of The Mountain Wild Rose Of The Mountain | Hackensaw Boys John McCutcheon | Give It Back The Wind That Shakes The Barley |
| 15 | Wild Rose Of The Mountain / Wild Rose Of The Mountain | John McCutcheon | Water From Another Time |
| 16 | Wild Rose Of The Mountain | Georgia Mudcats | Barefoot in the Henhouse and Other Southern Delights |
| 18 | Wild Rose Of The Mountain | Crossing The Borders | Crossing The Borders: Celtic Folk Music |

67. Plaintiff Si Kahn, Individually and d/b/a Joe Hill Music, and Plaintiff John McCutcheon, Individually and d/b/a Appalsongs and Appalseed Productions (hereinafter collectively referred to as "Kahn and McCutcheon") are jointly the sole legal or beneficial owners of the following musical work(s) (Copyright Registration No. following title):

        i.     "April Fool"          PA 1-013-508

        ii.     "Baseball On The Block" PA 607-585, PA 683-888/PA 1-060-501

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

iii.    "Bigger Than Yourself"         PA-1-060-496

iv.    "Bird Dog"                PA 934-926/PA 1-060-500

v.    "Campfire"               PA 934-926/PA 1-060-500

vi.    "Camping In The Wilderness"   PA 871-170

vii.    "Dad & Me"               PA 871-170

viii.    "Dark Haired Woman"          PA 735-042

ix.    "Dogs Life"              PA 1-013-508

x.    "Family Garden"          PA 607-585, PA 683-888/PA 1-060-501

xi.    "Family Revival"         PA 607-585, PA 683-888/PA 1-060-501

xii.    "Fishin'"               PA 1-013-508

xiii.    "Friends Don't Let Friends"   PA-1-060-496

xiv.    "Friendship"             PA-1-060-496

xv.    "Frog On A Log"          PA 1-013-508

xvi.    "Ghost of The Good Old Days" PA 1-060-494

xvii.    "Going To The Prom"          PA 1-013-508

xviii.    "Haircut"               PA 871-170

xix.    "Halloween"              PA 934-926/PA 1-060-500

xx.    "Happened to Me"         PA 735-042

xxi.    "Hope I Can Make It"         PA 1-013-508

xxii.    "How Many People"        PA 607-585, PA 683-888/PA 1-060-501

xxiii.    "I Got A Dime"           PA-1-060-496

27

| | | |
|---|---|---|
| xxiv. | "I Love Summer" | PA 871-170 |
| xxv. | "Ice Cream Man" | PA 871-170 |
| xxvi. | "If I Ran The World" | PA 607-585, PA 683-888/PA 1-060-501 |
| xxvii. | "Imaginary Friend" | PA 607-585, PA 683-888/PA 1-060-501 |
| xxviii. | "It's Fall" | PA 934-926/PA 1-060-500 |
| xxix. | "Junk Mail" | PA 1-013-508 |
| xxx. | "Kid Who Hates Summer" | PA 871-170 |
| xxxi. | "Kids On Strike" | PA-1-060-496 |
| xxxii. | "Labor Day" | PA 934-926/PA 1-060-500 |
| xxxiii. | "Leftovers" | PA 791-592 |
| xxxiv. | "Losers Like You" | PA 791-592 |
| xxxv. | "Meteors" | PA 871-170 |
| xxxvi. | "Mud" | PA 871-170 |
| xxxvii. | "My Old Man" | PA 791-591 |
| xxxviii. | "Natural Disaster" | PA 934-926/PA 1-060-500 |
| xxxix. | "New Kid In School" | PA 934-926/PA 1-060-500 |
| xl. | "Nothing To Lose" | PA 791-592 |
| xli. | "Paint Me A Picture" | PA 791-592 |
| xlii. | "Play Fair" | PA-1-060-496 |
| xliii. | "Power Mower" | PA 871-170 |
| xliv. | "Riding My Bike" | PA 871-170 |

First Amended Complaint for Copyright Infringement by MCS Plaintiffs

| | | |
|---|---|---|
| 1 | xlv. | "Running For President" | PA-1-060-496 |
| 2 | xlvi. | "S'posed to Do" | PA 735-042 |
| 3 4 | xlvii. | "Safe at Home" | PA-1-060-496 |
| 5 | xlviii. | "Sing Me" | PA-1-060-496 |
| 6 | xlix. | "Snow In April" | PA 1-013-508 |
| 7 8 | l. | "Someone Else Decide" | PA-1-060-496 |
| 9 | li. | "Soup" | PA 791-624 |
| 10 | lii. | "Spring Cleaning" | PA 1-013-508 |
| 11 12 | liii. | "Spring Fever" | PA 1-013-508 |
| 13 | liv. | "Stick Together" | PA-1-060-496 |
| 14 | lv. | "Still The Ones For Me" | PA-1-060-496 |
| 15 16 | lvi. | "Summer Is a-Comin'" | PA 1-013-508/PA 1-060-494 |
| 17 | lvii. | "Swimming Hole" | PA 871-170 |
| 18 19 | lviii. | "Thanksgiving Day" | PA 934-926/PA 1-060-500 |
| 20 | lix. | "The Principle" | PA-1-060-496, PA-1-090-246 |
| 21 | lx. | "The Way It's Supposed To Be" | PA 791-592 |
| 22 23 | lxi. | "Walk On" | PA 791-592 |
| 24 | lxii. | "Whatchagonnabe" | PA-1-060-496 |
| 25 | lxiii. | "Woman Like You" | PA 735-043/PA 1-060-494 |
| 26 27 | lxiv. | "World Series '57" | PA 934-926/PA 1-060-500 |
| 28 | lxv. | "Write It Down" | PA-1-060-496 |

29

68. Kahn and McCutcheon are the exclusive holders of all rights granted by 17 U.S.C. § 106 in and to the musical works referenced in Paragraph 67 hereof.

69. The musical works referenced in Paragraph 67 hereof have been registered with the United States Copyright Office, as evidenced by the corresponding Certificates of Copyright Registration, copies of which are collectively attached hereto as **Exhibit "L"**, which is incorporated herein by reference.

70. Upon information and belief, without Kahn and McCutcheon's authorization or permission, Napster has copied, displayed, performed, made available for distribution and distributed to the public, via its "On-Demand Streams" and "Limited Downloads" on the Napster Service, the following sound recordings (as listed on the Napster Service) embodying Wilson and Simpson's copyrighted musical works referenced in Paragraph 67 hereof:

| Track | Artist | Album |
|---|---|---|
| April Fool | John McCutcheon | Four Seasons: Springsongs |
| Baseball On The Block | John McCutcheon | Family Garden |
| Bigger Than Yourself | John McCutcheon | Bigger Than Yourself |
| Bird Dog | John McCutcheon | Four Seasons: Autumnsongs |
| Campfire | John McCutcheon | Four Seasons: Autumnsongs |
| Camping In The Wilderness | John McCutcheon | Four Seasons: Summersongs |
| Dad & Me | John McCutcheon | Four Seasons: Summersongs |
| Dark-Haired Woman | John McCutcheon | Between The Eclipse |
| Dog's Life | John McCutcheon | Four Seasons: Springsongs |
| Family Garden | John McCutcheon | Family Garden |
| Family Revival | John McCutcheon | Family Garden |

| Fishin' | John McCutcheon | Four Seasons: Springsongs |
| Friends Don't Let Friends | John McCutcheon | Bigger Than Yourself |
| Friendship | John McCutcheon | Bigger Than Yourself |
| Frog On A Log | John McCutcheon | Four Seasons: Springsongs |
| Ghost of the Good Old Days | John McCutcheon | These Times We're Living In - A Red House Artist Anthology - Featuring Greg Brown, Robin & Linda Williams + |
| Going To The Prom | John McCutcheon | Four Seasons: Springsongs |
| Haircut | John McCutcheon | Four Seasons: Summersongs |
| Halloween | John McCutcheon | Four Seasons: Autumnsongs |
| Happened To Me | John McCutcheon | Between The Eclipse |
| Hope I Make It | John McCutcheon | Four Seasons: Springsongs |
| How Many People | John McCutcheon | Family Garden |
| I Got A Dime | John McCutcheon | Bigger Than Yourself |
| I Love Summer | John McCutcheon | Four Seasons: Summersongs |
| Ice-Cream Man | John McCutcheon | Four Seasons: Summersongs |
| If I Ran The World | John McCutcheon | Family Garden |
| Imaginary Friend | John McCutcheon | Family Garden |
| It's Fall | John McCutcheon | Four Seasons: Autumnsongs |
| Junk Mail | John McCutcheon | Four Seasons: Springsongs |
| Kid Who Hates Summer | John McCutcheon | Four Seasons: Summersongs |
| Kids On Strike | John McCutcheon | Bigger Than Yourself |
| Labor Day | John McCutcheon | Four Seasons: Autumnsongs |
| Labor Day | John McCutcheon | Supper's On The Table... Everybody Come In |
| Leftovers | John McCutcheon | Nothing To Lose |
| Losers Like You | John McCutcheon | Nothing To Lose |
| Meteors The Perseid | John McCutcheon | Four Seasons: Summersongs |

First Amended Complaint for Copyright Infringement by MCS Plaintiffs

| | | |
|---|---|---|
| Meteors/The Perseid | John McCutcheon | Supper's On The Table... Everybody Come In |
| Mud | John McCutcheon | Four Seasons: Summersongs |
| My Old Man | John McCutcheon | Nothing To Lose |
| Natural Disaster | John McCutcheon | Four Seasons: Autumnsongs |
| New Kid In School | John McCutcheon | Four Seasons: Autumnsongs |
| Nothing To Lose | John McCutcheon | Nothing To Lose |
| Paint Me A Picture | John McCutcheon | Nothing To Lose |
| Play Fair | John McCutcheon | Bigger Than Yourself |
| Power Mower Riding My Bike | John McCutcheon John McCutcheon | Four Seasons: Summersongs Four Seasons: Summersongs |
| Running For President | John McCutcheon | Bigger Than Yourself |
| Safe At Home | John McCutcheon | Bigger Than Yourself |
| Sing Me | John McCutcheon | Bigger Than Yourself |
| Snow In April | John McCutcheon | Four Seasons: Springsongs |
| Snow In April | John McCutcheon | Supper's On The Table... Everybody Come In |
| Someone Else Decide | John McCutcheon | Bigger Than Yourself |
| Soup | John McCutcheon | Supper's On The Table... Everybody Come In |
| S'posed To Do | John McCutcheon | Between The Eclipse |
| Spring Cleaning | John McCutcheon | Four Seasons: Springsongs |
| Spring Fever | John McCutcheon | Four Seasons: Springsongs |
| Stick Together | John McCutcheon | Bigger Than Yourself |
| Still The Ones For Me | John McCutcheon | Bigger Than Yourself |
| Summer Is A-Coming | John McCutcheon | Four Seasons: Springsongs |
| Swimming Hole | John McCutcheon | Four Seasons: Summersongs |
| Thanksgiving Day | John McCutcheon | Four Seasons: Autumnsongs |

First Amended Complaint for Copyright Infringement by MCS Plaintiffs

| | | |
|---|---|---|
| The Principle | John McCutcheon | Bigger Than Yourself |
| The Principle | John McCutcheon | Supper's On The Table... Everybody Come In |
| Walk On | John McCutcheon | Nothing To Lose |
| Way It's Supposed To Be | John McCutcheon | Nothing To Lose |
| Whatchagonnabe | John McCutcheon | Bigger Than Yourself |
| Woman Like You | John McCutcheon | Between The Eclipse |
| World Series '57 | John McCutcheon | Four Seasons: Autumnsongs |
| Write It Down | John McCutcheon | Bigger Than Yourself |

71. Plaintiff Laurence Weiss, Individually and d/b/a Rhinestone Cowboy Music Co. (hereinafter "Weiss") is the sole legal or beneficial owner of the following musical work(s) (Copyright Registration No. following title):

i. "Your Baby Doesn't Love You Anymore" - EU 881000

72. Weiss is the exclusive holder of all rights granted by 17 U.S.C. § 106 in and to the musical work referenced in Paragraph 71 hereof.

73. The musical work referenced in Paragraph 71 hereof has been registered with the United States Copyright Office, as evidenced by the corresponding Certificate of Copyright Registration, a copy of which is attached hereto as **Exhibit "M"**, which is incorporated herein by reference.

74. Upon information and belief, without Weiss' authorization or permission, Napster has copied, displayed, performed, made available for distribution and distributed to the public, via its "On-Demand Streams" and "Limited Downloads" on the Napster Service, the following sound recordings (as listed on the Napster

1 | Service) embodying Weiss' copyrighted musical work referenced in Paragraph 71

2 | hereof:

3

| Track | Artist | Album |
|---|---|---|
| Your Baby Doesn't Love You Anymore | The Carpenters | Carpenters Gold - 35th Anniversary Edition |
| Your Baby Doesn't Love You Anymore | The Carpenters | Voices Of The Heart |

75. Plaintiff SLL Music, LLC, d/b/a SLL Music and I-Forty Music (hereinafter referred to as "SLL") is the joint legal or beneficial owner of the following musical work(s) (Copyright Registration No. following title):

    i. "Long Wet Kiss" – PAU 2-431-702 / PA 1-016-073

    ii. "She Loved The Devil Out Of Me" – PAU 2-441-585 / PAU 2-592-058 / PA 1-088-689 / PA 1-127-015

76. SLL, along with its joint owners, is the exclusive holder of all rights granted by 17 U.S.C. § 106 in and to the musical works referenced in Paragraph 75 hereof.

77. The musical works referenced in Paragraph 75 hereof have been registered with the United States Copyright Office, as evidenced by the corresponding Certificates of Copyright Registration, a copy of which is attached hereto as **Exhibit "N"**, which is incorporated herein by reference.

78. Upon information and belief, without SLL's authorization or permission, or that of the joint owners, Napster has copied, displayed, performed, made available for distribution and distributed to the public, via its "On-Demand Streams"

1  and "Limited Downloads" on the Napster Service, the following sound recording(s) (as

2  listed on the Napster Service) embodying SLL's copyrighted musical works referenced

3
4  in Paragraph 75 hereof:

5
| Track | Artist | Album |
|-------|--------|-------|
| Long Wet Kiss | Tracy Lawrence | Lessons Learned |
| She Loved The Devil Out Of Me (Album Version) | Tracy Lawrence | Tracy Lawrence |

9            79. Plaintiff Timothy Wilson, an individual d/b/a Timothy Wilson Music

10  (hereinafter "Wilson") is the sole legal or beneficial owner of the following musical

11
12  work(s) (Copyright Registration No. following title):

13            i.  "It Takes A Village (To Raise A Nut)" – PA 942-278

14            80. Wilson is the exclusive holder of all rights granted by 17 U.S.C. § 106

15
16  in and to the musical work referenced in Paragraph 79 hereof.

17            81. The musical work referenced in Paragraph 79 hereof has been

18  registered with the United States Copyright Office, as evidenced by the corresponding

19
20  Certificate of Copyright Registration, a copy of which is attached hereto as **Exhibit**

21  **"O"**, which is incorporated herein by reference.

22            82. Upon information and belief, without Wilson's authorization or

23
24  permission, Napster has copied, displayed, performed, made available for distribution

25  and distributed to the public, via its "On-Demand Streams" and "Limited Downloads"

26  on the Napster Service, the following sound recordings (as listed on the Napster

27
28

                                        35

1  Service) embodying Wilson's copyrighted musical work referenced in Paragraph 79

2  hereof:

3

| Track | Artist | Album |
|---|---|---|
| It Takes A Village (To Raise A Nut) | Tim Wilson | It's A Sorry World |

4

5

6          83. Plaintiff Dyyor, Inc., d/b/a Seven Centers Publishing (hereinafter

7  "Dyyor") is the sole legal or beneficial owner of the following musical work(s)

8  (Copyright Registration No. following title):

9

10          i.  "Sunburst" – PA 313-957

11          84. Dyyor is the exclusive holder of all rights granted by 17 U.S.C. § 106

12  in and to the musical work referenced in Paragraph 83 hereof.

13

14          85. The musical work referenced in Paragraph 83 hereof has been

15  registered with the United States Copyright Office, as evidenced by the corresponding

16  Certificate of Copyright Registration, a copy of which is attached hereto as **Exhibit**

17  **"P"**, which is incorporated herein by reference.

18

19          86. Upon information and belief, without Dyyor's authorization or

20  permission, Napster has copied, displayed, performed, made available for distribution

21  and distributed to the public, via its "On-Demand Streams" and "Limited Downloads"

22  on the Napster Service, the following sound recordings (as listed on the Napster

23  Service) embodying Dyyor's copyrighted musical work referenced in Paragraph 83

24  hereof:

25

26

27

| Track | Artist | Album |
|---|---|---|
| Sunburst | Montana Skies | Montana Skies |
| Sunburst | Jonathan Adams | Jonathan Adams: Guitarist |

28

| 1 | Sunburst | John Goulart | Toward The Millennium |
|---|----------|-------------|----------------------|
|   | Sunburst | Sean Kelly | The #1 Classical Guitar Album |
| 2 | Sunburst | Jonathan Adams | Guitarist: music for classical guitar |

87. Plaintiff John McCutcheon, Individually and d/b/a Appalsongs and Appalseed Productions (hereinafter "McCutcheon") is the sole legal or beneficial owner of the following musical work(s) (Copyright Registration No. following title):

      i.  "Ask Any Farmer" – PA 563-100

     ii.  "Awful Hilly Daddy - Willie Trip" – PAu 1-232-993/PA 360-712

   iii.  "Black Sea"    PA 563-198

   iv.  "Calling All The Children Home"   PA 563-198

    v.  "Caught In The Crossfire"   PA 360-712/PAu 1-232-993

   vi.  "Christmas In The Trenches"  PAu 656-099

  vii.  "Claudette Colvin Goes to Work"   PA 1-344-765

  viii.  "Closing The Bookstore"   PA 1-316-523

   ix.  "Copper River Bounce"   PA 563-198

    x.  "Cup Of Coffee"   PA 563-100

   xi.  "Dad's Got That Look"   PA 1-060-499

   xii.  "Dead Man Walking"   PA 1-316-520

  xiii.  "Dearest Martha"   PA 360-712/PAu 1-232-993

  xiv.  "Each Season It's The Same"  PA 1-100-861

   xv.  "Good Ol' Girls"   PA 1-344-752

  xvi.  "Grounded"   PA 1-060-492

|  |  |  |
|---|---|---|
| xvii. | "Half A World Away" | PA 1-100-861 |
| xviii. | "Happy Adoption Day" | PA 1-060-499 |
| xix. | "Here On The Islands" | PA 1-100-861 |
| xx. | "High Hearts" | PA 563-198 |
| xxi. | "Hours After" | PA 563-198 |
| xxii. | "If I Were A Featherbed" | PAu 656-099 |
| xxiii. | "Immigrant" | PA 1-060-492 |
| xxiv. | "Is My Family" | PA 1-060-499 |
| xxv. | "It's the Economy, Stupid" | PA 1-130-196 |
| xxvi. | "Jericho" | PA 1-316-523 |
| xxvii. | "Kindergarten Wall" | PAu 1-232-993 |
| xxviii. | "Know When To Move" | PA 563-100 |
| xxix. | "La Mujer de Don Miguel" | PA 1-344-755 |
| xxx. | "Lament" | PAu 657-285 |
| xxxi. | "Lefty's Bar Tonight" | PA 1-100-861 |
| xxxii. | "Let's Keep It Straight" | PA 1-060-492 |
| xxxiii. | "Leviathan" | PA 563-100 |
| xxxiv. | "Little White Star" | PA 1-060-499 |
| xxxv. | "Long Way Back To Georgia" | PAu 657-285 |
| xxxvi. | "Mending Fences" | PA 1-100-861 |
| xxxvii. | "Molly And The Whale" | PA 235-756 |

38

1

xxxviii.  "Music In Your Hands"        PAu 657-285/PA 360-712

2

xxxix.  "No Mas!"                      PAu 657-285

3

4

xl.  "No Turning Back Now"        PA 563-100

5

xli.  "Ode to Common Things"      PA 1-344-752

6

xlii.  "Old Brown's Head Light"    PA 563-198

7

8

xliii.  "Old Coat"                          PA 1-100-861

9

xliv.  "One Man's Trash"           PA 563-100

10

11

xlv.  "One Strong Arm"            PAu 657-285

12

xlvi.  "One Thin Swimsuit"        PAu 657-285

13

xlvii.  "Own Backyard"            PA 1-060-492

14

15

xlviii.  "Phobias"                 PA 1-060-499

16

xlix.  "Road to Bangor"           PA 1-060-492

17

l.  "Robbing Peter To Pay Paul"  PA 360-712/PAu 1-232-993

18

19

li.  "Room At The Top Of The Stair"   PA 1-060-492

20

lii.  "Room Here For Another"     PA 563-100

21

liii.  "Sail Away"                PA 1-344-752

22

23

liv.  "Same Small Town"           PA 1-100-861

24

lv.  "Santiago"                   PA 360-712/PAu 1-232-993

25

lvi.  "She"                       PA 1-100-861

26

27

lvii.  "Si Se Puede"              PA 1-060-492

28

lviii.  "Starlight"               PA 1-316-520

39

lix. "Stone By Stone"                    PA 563-100

lx. "The Farmer Is The Woman"  PA 360-712/PAu 1-232-993

lxi. "The Heaven's Wake"          PA 1-060-492

lxii. "The Perseid"                     PA 1-060-492

lxiii. "The Pumpkin Man"          PA 360-712/PAu 1-232-993

lxiv. "The Red Corvette"            PA 1-060-492

lxv. "The Silver Run"                 PAu 657-285

lxvi. "The Young Ones Don't Remember"          PA      360-712/PAu 1-232-993

lxvii. "This Time Of Year"          PA 563-100

lxviii. "Traveling In The Wilderness"     PA 1-060-499

lxix. "Water From Another Time"  PAu 657-285

lxx. "Watermelon"                      PA 1-060-499

lxxi. "We Shall Rise"                  PA 1-100-861

lxxii. "What It's Like"               PA 563-100

lxxiii. "Where Were You When"   PA 563-198

lxxiv. "Who'll Rock The Cradle"   PA 1-060-492

lxxv. "Willie's Waltz"                 PAu 656-099

lxxvi. "Wish You Goodnight"       PA 1-100-861

lxxvii. "Yesterday's Fools"          PA 563-198

88. McCutcheon is the exclusive holder of all rights granted by 17 U.S.C. § 106 in and to the musical works referenced in Paragraph 87 hereof.

89. The musical works referenced in Paragraph 87 hereof have been registered with the United States Copyright Office. as evidenced by the corresponding Certificates of Copyright Registration, copies of which are attached hereto as **Exhibit "Q"**. which is incorporated herein by reference.

90. Upon information and belief, without McCutcheon's authorization or permission. Napster has copied, displayed, performed, made available for distribution and distributed to the public, via its "On-Demand Streams" and "Limited Downloads" on the Napster Service. the following sound recordings (as listed on the Napster Service) embodying McCutcheon's copyrighted musical works referenced in Paragraph 87 hereof:

| **Track** | **Artist** | **Album** |
|---|---|---|
| Ask Any Farmer | John McCutcheon | What It's Like |
| Awful Hilly Daddy - Willie Trip | John McCutcheon | Mail Myself To You |
| Black Sea | John McCutcheon | Live At Wolf Trap |
| Calling All The Children Home | John McCutcheon | Live At Wolf Trap |
| Calling All The Children Home | John McCutcheon | Supper's On The Table... Everybody Come In |
| Caught In The Crossfire | John McCutcheon | Gonna Rise Again |
| Caught In The Crossfire | John McCutcheon | Water From Another Time |
| Christmas In The Trenches | Coyote Run | Tend the Fire |
| Christmas In The Trenches | Darryl Purpose | The Gift of the Magi (and other seasonal stories) |
| Christmas In The Trenches | Galipeau, Ken | Collection |
| Christmas In The | John McCutcheon | Water From Another Time |

| | | | |
|---|---|---|---|
| 1 | Trenches | | |
| 2 | Christmas In The Trenches | John McCutcheon | Winter Solstice |
| 3 | | | |
| 4 | Christmas In The Trenches | John McDermott | Remembrance |
| 5 | Christmas In The Trenches | Kith & Kin | Winter Measures |
| 6 | | | |
| 7 | Christmas In The Trenches | Skip Healy's "The Cartel" | "The Cartel" - Songs & Tunes of Adventure and Loss |
| 8 | Christmas In The Trenches | Will Hoppey | Acoustic |
| 9 | | | |
| 10 | Christmas In The Trenches | Daniel Narducci | Christmas Once More |
| 11 | Christmas In The Trenches | Danny Quinn | Danny Quinn Live In Concert |
| 12 | | | |
| 13 | Christmas In The Trenches | Men of Worth | A Winter's Carol |
| 14 | Christmas In The Trenches | George Hamilton IV | The Light Of The World Christmas Keepsakes |
| 15 | | | |
| 16 | Christmas In The Trenches | Fuar | Music In The Glen |
| 17 | Christmas In The Trenches | Molasses Creek | Deepwater |
| 18 | | | |
| 19 | Christmas In The Trenches | Men of Worth | The Pattern Dance |
| 20 | Christmas In The Trenches | Will Hoppey | Ekoostik |
| 21 | | | |
| 22 | Christmas In The Trenches | Various Artists | Fast Folk Musical Magazine (Vol. 3, No. 8) Season's Greetings |
| 23 | Christmas In The Trenches | Seamus Kennedy | Bar Rooms & Ballads |
| 24 | | | |
| 25 | Christmas In The Trenches | John McCutcheon | Live At Wolf Trap |
| 26 | Christmas In The Trenches | John McDermott | A Time To Remember |
| 27 | | | |
| 28 | Claudette Colvin Goes to Work | John McCutcheon | Mightier Than The Sword |

First Amended Complaint for Copyright Infringement by MCS Plaintiffs

| | | |
|---|---|---|
| Closing The Bookstore | John McCutcheon | Supper's On The Table... Everybody Come In |
| Copper Rover Bounce | John McCutcheon | Live At Wolf Trap |
| Cup Of Coffee | John McCutcheon | What It's Like |
| Dad's Got That Look | John McCutcheon | Family Garden |
| Dead Man Walking | John McCutcheon | Supper's On The Table... Everybody Come In |
| Dearest Martha | John McCutcheon | Gonna Rise Again |
| Each Season It's The Same | John McCutcheon | Nothing To Lose |
| Feather Bed | Carawan Family | Home Brew |
| Featherbed | John McCutcheon | Water From Another Time |
| Good Ol' Girls | John McCutcheon | Mightier Than The Sword |
| Grounded | John McCutcheon | Four Seasons: Springsongs |
| Half A World Away | John McCutcheon | Between The Eclipse |
| Happy Adoption Day | John McCutcheon | Family Garden |
| Happy Adoption Day | John McCutcheon | Supper's On The Table... Everybody Come In |
| Heaven's Wake | John McCutcheon | Sprout Wings And Fly |
| Here On The Islands | John McCutcheon | Nothing To Lose |
| High Hearts | John McCutcheon | Live At Wolf Trap |
| If I Were A Featherbed | John McCutcheon | The Wind That Shakes The Barley |
| If I Were A Featherbed | Thomasina | Holding Back The Night |
| If I Were A Featherbed | Thomasina | Holding Back The Night |
| If I Were A Featherbed | John McCutcheon | Signs Of The Times |
| Immigrant [Previously Unreleased] | John McCutcheon | Supper's On The Table . Everybody Come In |
| Is My Family | John McCutcheon | Family Garden |
| It's the Economy, Stupid | John McCutcheon | Mightier Than The Sword |
| It's the Economy, Stupid | John McCutcheon | Hail to the Chief! and Other Short Shelf-Life Classics |

| | | |
|---|---|---|
| Jericho | John McCutcheon | Supper's On The Table...<br>Everybody Come In |
| Kindergarten Wall | John McCutcheon | Mail Myself To You |
| Kindergarten Wall | John McCutcheon | Water From Another Time |
| Know When To Move | John McCutcheon | What It's Like |
| La Mujer de Don Miguel | John McCutcheon | Mightier Than The Sword |
| Lament | John McCutcheon | Signs Of The Times |
| Lefty's Bar Tonight | John McCutcheon | Nothing To Lose |
| Let's Keep It Straight | John McCutcheon | Signs Of The Times |
| Leviathan | John McCutcheon | What It's Like |
| Little White Star | John McCutcheon | Family Garden |
| Little White Star | Hey Mom! | Singing On A Star |
| Long Way Back To Georgia | John McCutcheon | Gonna Rise Again |
| Mending Fences | John McCutcheon | Supper's On The Table...<br>Everybody Come In |
| Mending Fences | John McCutcheon | Between The Eclipse |
| Meteors/The Perseid | John McCutcheon | Supper's On The Table ...<br>Everybody Come In |
| Meteors/The Perseid | John McCutcheon | Four Seasons: Summersongs |
| Molly And The Whale/ Rubber Blubber Whale | John McCutcheon | Howjadoo |
| Music In Your Hands | John McCutcheon | Signs Of The Times |
| No Mas | John McCutcheon | Signs Of The Times |
| No Mas! | John McCutcheon | Water From Another Time |
| No Turning Back Now | John McCutcheon | What It's Like |
| Ode to Common Things | John McCutcheon | Mightier Than The Sword |
| Old Brown's Head Light | John McCutcheon | Live At Wolf Trap |
| Old Coat | John McCutcheon | Between The Eclipse |

44

| 1 | One Man's Trash | John McCutcheon | What It's Like |
| 2 | One Strong Arm | John McCutcheon | Water From Another Time |
| 3 | One Strong Arm | John McCutcheon | Signs Of The Times |
| 4 | One Thin Swimsuit | John McCutcheon | Signs Of The Times |
| 5 | Own Backyard | John McCutcheon | Four Seasons: Summersongs |
| 6 | Phobias | John McCutcheon | Family Garden |
| 7 | Pumpkin Man | John McCutcheon | Autumnsongs |
| 8 9 | Road To Bangor / Morrison's | John McCutcheon | Sprout Wings And Fly |
| 10 11 | Robbin Peter To Pay Paul | John McCutcheon | Step By Step |
| 12 13 | Room At The Top Of The Stair [Previously Unreleased] | John McCutcheon | Supper's On The Table... Everybody Come In |
| 14 | Room Here For Another | John McCutcheon | What It's Like |
| 15 | Sail Away | John McCutcheon | Mightier Than The Sword |
| 16 | Same Small Town | John McCutcheon | Between The Eclipse |
| 17 | Santiago | John McCutcheon | Step By Step |
| 18 | She | John McCutcheon | Between The Eclipse |
| 19 | Si Se Puede | John McCutcheon | Autumnsongs |
| 20 21 | Starlight | John McCutcheon | Supper's On The Table... Everybody Come In |
| 22 | Stone By Stone | John McCutcheon | What It's Like |
| 23 24 | The Farmer Is The Woman | John McCutcheon | Gonna Rise Again |
| 25 | The Hours After | John McCutcheon | Live At Wolf Trap |
| 26 | The Red Corvette | John McCutcheon | Water From Another Time |
| 27 | The Silver Run | John McCutcheon | What It's Like |
| 28 | | | |

| | | |
|---|---|---|
| The Young Ones Don't Remember | John McCutcheon | Gonna Rise Again |
| This Time Of Year | John McCutcheon | What It's Like |
| Traveling In The Wilderness | John McCutcheon | Family Garden |
| Water From Another Time | John McCutcheon | Gonna Rise Again |
| Water From Another Time | John McCutcheon | Water From Another Time |
| Water From Another Time | The Rite of Spring | Strangers To Comrades |
| Watermelon We Shall Rise | John McCutcheon John McCutcheon | Family Garden Between The Eclipse |
| Welcome To The World/Willie's Waltz | John McCutcheon | Signs Of The Times |
| What It's Like | John McCutcheon | What It's Like |
| Where Were You When | John McCutcheon | Live At Wolf Trap |
| Who'll Rock The Cradle | John McCutcheon | Supper's On The Table... Everybody Come In |
| Who'll Rock The Cradle | John McCutcheon | Sprout Wings And Fly |
| Willie's Waltz | John McCutcheon | Winter Solstice |
| Wish You Goodnight | John McCutcheon | Nothing To Lose |
| Yesterday's Fools | John McCutcheon | Live At Wolf Trap |
| Yesterday's Fools - John McCutcheon | John McCutcheon | Raise the Roof - A Retrospective; Live from The Barns at Wolf Trap |

91. McCutcheon is also the joint legal or beneficial owner of the following musical work(s) (Copyright Registration No. following title):

1    i.  "Our Flag Was Still There" – PA1-060-497

2    92. McCutcheon, along with his joint owner, is the exclusive holder of all
3
4    rights granted by 17 U.S.C. § 106 in and to the musical work referenced in Paragraph
5    91 hereof.

6    93. The musical work referenced in Paragraph 91 hereof has been
7
8    registered with the United States Copyright Office, as evidenced by the corresponding
9    Certificate of Copyright Registration, a copy of which is attached hereto as **Exhibit**
10   **"R"**. which is incorporated herein by reference.
11
12   94. Upon information and belief, without McCutcheon's authorization or
13   permission, or that of the joint owner, Napster has copied, displayed. performed, made
14   available for distribution and distributed to the public, via its "On-Demand Streams"
15
16   and "Limited Downloads" on the Napster Service, the following sound recording(s) (as
17   listed on the Napster Service) embodying McCutcheon's copyrighted musical work
18   referenced in Paragraph 91 hereof:
19
20   **Track**                        **Artist**                    **Album**
21   Our Flag Was Still There      John McCutcheon      Mightier Than The Sword
22   95. Napster did not seek nor obtain permission or authorization from
23   Plaintiffs prior to copying Plaintiffs' copyrighted works onto Napster's computer
24   server(s) and making said works available on the Napster Service.
25
26
27
28

47
First Amended Complaint for Copyright Infringement by MCS Plaintiffs

1    96. Napster continues to copy and make available additional sound

2    recordings of Plaintiffs' copyrighted works via the Napster Service, without Plaintiffs'

3
4    authorization or permission, thereby further infringing Plaintiffs' exclusive rights.

5    97. In September, 2005, Napster's Publishing Manager, Robin Schwartz,

6    sent MCS a form license agreement via e-mail seeking authorization and permission for
7
8    the use of the copyrights owned by Plaintiffs (with the exception of Plaintiff John

9    McCutcheon) on the Napster Service, said license agreement being attached as **Exhibit**

10   **"A."**

11
12   98. Napster had knowledge at the time it made all unauthorized copies of

13   Plaintiffs' copyrighted works that it was required to obtain authorization via a license

14   from MCS (with the exception of McCutcheon) prior to its use of Plaintiffs'
15
16   copyrighted works on the Napster Service, as further evidenced by a series of three (3)

17   e-mails from Robin Schwartz to Nathan Thompson, a then employee of MCS, copies of

18   which are collectively attached hereto as **Exhibit "S"** and incorporated herein by
19
20   reference.

21   99. Further, subsequent to the filing of this action, Napster's Senior

22   Director Content, Jean Chadwick, on February 27, 2007 and again on March 13, 2007,
23
24   contacted Plaintiff John McCutcheon directly seeking authorization and permission for

25   the use of the copyrights owned by McCutcheon on the Napster Service, as evidenced

26   by the e-mails and accompanying form license sent by Napster collectively attached
27
28   hereto as **Exhibit "T"**, and incorporated herein by reference.

1      100.   Napster had knowledge at the time it made all unauthorized copies

2  of McCutcheon's copyrighted works that it was required to obtain authorization via a

3
   license from McCutcheon prior to its use of his copyrighted works on the Napster
4

5  Service.

6      101.   Napster has made the recordings embodying the copyrighted works

7
   available to the general public for "Limited Downloads" and "On-Demand Streams"
8

9  without any compensation to Plaintiffs.

10                      **E. CAUSES OF ACTION**

11

12                  *FIRST JOINT CAUSE OF ACTION*

13                  **(Copyright Infringement)**

14      102.   Plaintiffs hereby adopt, reallege and incorporate by reference the

15
   allegations contained in Paragraphs 1 through 101 above.
16

17      103.   Each instance whereby a sound recording embodying a copyrighted

18
   work owned by Plaintiffs was reproduced in copies onto Napster's computer server(s)
19
   for use on the Napster Service constitutes a separate act of copyright infringement and a
20

21  separate violation of 17 U.S.C. 101, *et seq.*

22      104.   Each of Defendants' acts of copyright infringement referenced

23
   herein was willful within the meaning of 17 U.S.C. 101, *et seq.*
24

25      105.   Plaintiffs have suffered economic damage and irreparable harm as a

26
   result of Defendants' continuing acts of infringement.
27

28

1

2

## *SECOND JOINT CAUSE OF ACTION*
### (Copyright Infringement)

3

4

5

106. Plaintiffs hereby adopt, reallege and incorporate by reference the allegations contained in Paragraphs 1 through 101 above.

6

7

8

9

10

107. Each instance whereby a sound recording embodying a copyrighted work owned by Plaintiffs was displayed publicly and/or made available for distribution on the Napster Service constitutes a separate act of copyright infringement and a separate violation of 17 U.S.C. 101, *et seq.*

11

12

13

108. Each of Defendants' acts of infringement referenced herein was willful within the meaning of 17 U.S.C. 101, *et seq.*

14

15

16

109. Plaintiffs have suffered economic damage and irreparable harm as a result of Defendant's continuing acts of infringement.

17

18

## *THIRD JOINT CAUSE OF ACTION*
### (Copyright Infringement)

19

20

21

110. Plaintiffs hereby adopt, reallege and incorporate by reference the allegations contained in Paragraphs 1 through 101 above.

22

23

24

25

26

111. Each instance whereby a sound recording embodying a copyrighted work owned by Plaintiffs was distributed and/or made available for distribution to the public via "Limited Downloads" from the Napster Service constitutes a separate act of copyright infringement and a separate violation of 17 U.S.C. 101, *et seq.*

27

28

1           112. Each of Defendants' acts of infringement referenced herein was

2 willful within the meaning of 17 U.S.C. 101, *et seq.*

3

4           113. Plaintiffs have suffered economic damage and irreparable harm as a

5 result of Defendant's continuing acts of infringement.

6

7 ## *FOURTH JOINT CAUSE OF ACTION*

8 ### (Copyright Infringement)

9           114. Plaintiffs hereby adopt, reallege and incorporate by reference the

10 allegations contained in Paragraphs 1 through 101 above.

11

12           115. Each instance whereby a sound recording embodying a copyrighted

13 work owned by Plaintiffs was distributed and/or made available for distribution to the

14 public and/or performed publicly via "On-Demand Streams" from the Napster Service

15

16 constitutes a separate act of copyright infringement and a separate violation of 17

17 U.S.C. 101. *et seq.*

18           116. Each of Defendants' acts of infringement referenced herein was

19

20 willful within the meaning of 17 U.S.C. 101, *et seq.*

21           117. Plaintiffs have suffered economic damage and irreparable harm as a

22 result of Defendant's continuing acts of infringement.

23

24 ## *F. PRAYER FOR RELIEF*

25       **WHEREFORE**, Plaintiffs respectfully pray for judgment against the

26 Defendants for:

27

28       1. Copyright infringement for each instance whereby a sound recording

1  embodying a copyrighted work owned by Plaintiffs was reproduced in copies onto
2  Napster's computer server(s) for use on the Napster Service;
3
4      2. Copyright infringement for each instance whereby a sound recording
5  embodying a copyrighted work owned by Plaintiffs was displayed publicly and/or made
6  available for distribution on the Napster Service;
7
8      3. Copyright infringement for each instance whereby a sound recording
9  embodying a copyrighted work owned by Plaintiffs was distributed and/or made
10 available for distribution to the public via "Limited Downloads" from the Napster
11 Service;
12
13     4. Copyright infringement for each instance whereby a sound recording
14 embodying a copyrighted work owned by Plaintiffs was distributed and/or made
15 available for distribution to the public and/or performed publicly via "On-Demand
16 Streams" from the Napster Service;
17
18     5. Willful copyright infringement for each of the aforementioned acts of
19 copyright infringement referenced herein.
20
21     6. An Order requiring Defendants to remove all infringing copies of
22 Plaintiffs' copyrighted works from Defendant's computer server(s) and the Napster
23 Service;
24
25     7. An Order requiring Defendants to deliver up for destruction all
26 infringing materials, including all computers, discs, drives or other storage media, that
27 contain infringing copies of Plaintiffs' copyrighted works;
28

52
First Amended Complaint for Copyright Infringement by MCS Plaintiffs

1     8. An award to Plaintiffs, at their election, of either (i) actual damages and

2 profits derived by Defendants as a result of their infringing activities, pursuant to 17

3

4 U.S.C. § 504(b), or (ii) statutory damages in the maximum amount of $150,000 per

5 each act of infringement of Plaintiffs' copyrighted works, pursuant to 17 U.S.C. §

6 504(c);

7

8     9. An injunction permanently enjoining Defendants and their respective

9 agents, employees, officers and directors, successors, licensees and assigns from further

10 infringement of Plaintiffs' copyrighted works;

11

12     10. Discretionary costs;

13     11. Reasonable attorney fees and costs;

14     12. For such other and further relief as this Court deems appropriate.

15

16

17 DATE: January 4, 2008     MICHAELIS, MONTANARI & JOHNSON

18

19           By: _Garry L. Montanari_

20           Garry L. Montanari
            Attorney for all named Defendants with the exception

21            of Billy Strange, an Individual d/b/a Billy Strange
            Music and for MCS Plaintiffs

22

23

24

25

26

27

28

1  <u>PROOF OF SERVICE</u>

2  STATE OF CALIFORNIA )
                        )  S.S.
3  COUNTY OF LOS ANGELES )

4       I am employed in the county of Los Angeles, State of California. I am over the
   age of 18 and not a party to the within action; my business address is 4333 Park
5  Terrace #110, Westlake Village, California 91361.

6       On the date set forth below, I served the foregoing document described as
   **FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT BY
7  MCS PLAINTIFFS** on the interested parties in this action by placing a true copy
   thereof in a sealed envelope with postage thereon fully prepaid in the United States
8  mail at Westlake Village, California, addressed as follows:

9                      SEE ATTACHED SERVICE LIST

10 [X]   (**MAIL**) I deposited such envelope in the mail at Westlake Village, California.
   The envelope was mailed with postage thereon fully prepaid. I am "readily familiar"
11 with firm's practice of collection and processing correspondence for mailing. It is
   deposited with U.S. postal service on that same day in the ordinary course of
12 business. I am aware that on motion of party served, service is presumed invalid if
   postal cancellation date or postage meter date is more than 1 day after date of deposit
13 for mailing in affidavit.

14 [ ]   (**FEDERAL EXPRESS**) I deposited such envelope at the Federal Express
   office located at Westlake Village, California. The envelope was mailed fully
15 prepaid. I am "readily familiar" with firm's practice of collection and processing
   correspondence for mailing with Federal Express. It is deposited with the Westlake
16 Village Federal Express service on that same day in the ordinary course of business.
   I am aware that on motion of party served, service is presumed invalid if cancellation
17 date is more than 1 day after date of deposit for overnight mailing in affidavit.

18 [X]   (**Federal**) I declare that: [X] I am employed in the office of a member of the bar
   of this Court at whose direction this service is being made; or [ ] I am a member of
19 the bar of this Court. I declare under penalty of perjury under the laws of the United
   States of America that the foregoing is true and correct.

20
   [ ]        (**ELECTRONIC TRANSFER**) I caused all of the pages of the above-
21 entitled document to be sent to the recipients noted below via electronic transfer
   (FAX) at the respective telephone numbers indicated above.

22

23      I declare under penalty of perjury under the laws of the State of California that
   the foregoing is true and correct.

24

25      Executed on January 4, 2008 at Westlake Village, California.

26                                    /s/
                                   Barbara Haussmann, CCLS
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>SERVICE LIST</u>

Martin D. Singer, Esq.
Henry L. Self, III, Esq.
Lavely & Singer Professional Corp.
2049 Century Park East #2400
Los Angeles, CA 90067-2906
tel:    (310) 556-3501
fax:    (310) 556-3615
Attorneys for Billy Strange

Stephen E. Grauberger
Attorney at Law
2323 N. Mt. Juliet Rd.
Mt. Juliet, TN 37122
tel:    (615) 773-6116
fax:    (615) 773-7116
Co-counsel for Defendants
except Billy Strange

James E. Zwickel
Attorney at Law
728 Bluewater Dr.
Nashville, TN 37217
tel:    (615) 399-4508
fax:    (615) 296-5008
Co-counsel for Billy Strange

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA     )
                        )  S.S.
COUNTY OF LOS ANGELES )

    I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5309 1/2 Comercio Way, Woodland Hills, California 91364.

    On the date set forth below, I served the foregoing document described as **FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT BY MCS PLAINTIFFS** on the interested parties in this action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Westlake Village, California, addressed as follows:

SEE ATTACHED SERVICE LIST

[ ]  **(MAIL)** I deposited such envelope in the mail at Westlake Village, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ]  **(FEDERAL EXPRESS)** I deposited such envelope at the Federal Express office located at Westlake Village, California. The envelope was mailed fully prepaid. I am "readily familiar" with firm's practice of collection and processing correspondence for mailing with Federal Express. It is deposited with the Westlake Village Federal Express service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if cancellation date is more than 1 day after date of deposit for overnight mailing in affidavit.

[X]  **(Federal)** I declare that: [X] I am employed in the office of a member of the bar of this Court at whose direction this service is being made; or [ ] I am a member of the bar of this Court. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[X]    **(PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on January 4, 2008 at Westlake Village, California.

_____
Josh Rappaport

1

SERVICE LIST

2

Michael T. Zeller, Esq.

3
Michael E. Williams. Esq.
Quinn Emanual, et al.

4
865 S. Figueroa St. 10th Fl.
Los Angeles, CA 90017-2543

5
tel:    (213) 443-3000
fax:   (213) 443-3100

6
Attorneys for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28