1  QUINN EMANUEL URQUHART OLIVER& HEDGES, LLP
   Michael T. Zeller (Bar No. 196417)
2  (michaelzeller@quinnemanuel.com)
   Michael E. Williams (Bar No. 181299)
3  (michaelwilliams@quinnemanuel.com)
   Kristelia Garcia (Bar No. 250817)
4  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
5  Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100

6

7  Attorneys for Plaintiffs and Counter-defendants
   Napster, Inc. and Napster, LLC

8  [Continued on following page]

9                    UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                       WESTERN DIVISION

12

JS-6

13  NAPSTER, INC., a Delaware              CN. CV 06-7285-DSF (SHx)
    corporation, and NAPSTER, LLC, a       CONSOLIDATED WITH:
    Delaware limited liability company,    CN. CV 07-2297-DSF(SHx)

14
                                           Hon. Dale S. Fischer
15              Plaintiffs,

16         v.                              **ORDER DISMISSING THE CASE
                                           WITH PREJUDICE**
17  MCS MUSIC AMERICA, INC., a             **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**
    California corporation; et al.,

18              Defendants.
                                           Discovery Cut-off:  June 27, 2008
19                                         Motion Cut-off:  August 25, 2008
    CONSOLIDATED WITH:                     Pretrial Conference Date:  Sept. 8, 2008
20                                         Trial Date:  October 7, 2008
    MCS MUSIC AMERICA, INC., a
21  California corporation, et al.,

22              Plaintiffs,

23         v.

24  NAPSTER, INC., a Delaware
    corporation, and NAPSTER, LLC, a
25  Delaware limited liability company,

26              Defendants.

27

28

76718/2583856.1

Case No. CV 06-7285 DSF (SHx); CV 07-2297
DSF(SHx)
JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1  MICHAELIS MONTANARI & JOHNSON
Garry L. Montanari (Bar No. 89790)
2  (gmontanari@mmjlaw.net)
4333 Park Terrace Dr. #110
3  Westlake Village, CA 91361
Telephone:  (818) 865-0444
4  Facsimile:   (818) 865-8444

5  GRAUBERGER, PIERCE & GREEN PLLC
Stephen E. Grauberger  (*pro hac vice*)
6  (sgrauberger@comcast.net)
2323 N. Mt. Juliet Rd.
7  Mt. Juliet, TN 37122
Telephone:  (615) 773-6116
8
Attorneys for Defendants and Plaintiffs
9  MCS Music America, Inc., Music Copyright Solutions, PLC, Charles Lloyd,
Richard Delvy, Dyyor, Inc., Andrew York, Jeff Silbar, Larry Weiss, Mark Farner,
10  Alison Brown, Charlie Black, Jessica Pierce, Danny Simpson, Happy Sack Music,
Ltd., David Hoffner, Don Light, Darius Brooks, R Gant Music Group Incorporated,
11  Si Kahn, Joni Bishop, Ron Huff, Don Potter, SLL Music, LLC, Gail Lunstrom, Stan
Webb, Timothy Wilson, Chris Dipetta, and John McCutcheon.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

76718/2583856.1

Case No. CV 06-7285 DSF (SHx); CV 07-2297
DSF(SHx)

JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1                 Pursuant to a confidential settlement agreement between the parties,

2   Plaintiffs and Defendants Napster, Inc. and Napster, LLC (collectively "Napster"),

3   and Defendants and Plaintiffs MCS Music America, Inc., Music Copyright

4   Solutions, PLC, Charles Lloyd, Richard Delvy, Dyyor, Inc., Andrew York, Jeff

5   Silbar, Larry Weiss, Mark Farner, Alison Brown, Charlie Black, Jessica Pierce,

6   Danny Simpson, Happy Sack Music, Ltd., David Hoffner, Don Light, Darius

7   Brooks, R Gant Music Group Incorporated, Si Kahn, Joni Bishop, Ron Huff, Don

8   Potter, SLL Music, LLC, Gail Lunstrom, Stan Webb, Timothy Wilson, Chris

9   Dipetta, and John McCutcheon (collectively, "the MCS Parties"), by and through

10  their undersigned counsel, stipulate to the dismissal of all claims between Napster

11  and the MCS Parties and with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii),

12  with each party to bear its own fees and costs.

13

14  Respectfully submitted,

15  DATED:  July ___, 2008           QUINN EMANUEL URQUHART OLIVER &
                                            HEDGES, LLP

16

17                                     By_____

18                                         Michael E. Williams
                                       Attorneys for Plaintiffs and Counter-

19                                         Defendants
                                         Napster, Inc. and Napster, LLC

20

21

22

23

24

25

26

27

28

-1-          Case No. CV 06-7285 DSF (SHx); CV 07-2297
                                                     DSF(SHx)

JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1    DATED:  July ___, 2008          GRAUBERGER, PIERCE & GREEN, PLLC

2

3                                       By_____
4                                          Stephen E. Grauberger
                                           Attorneys for Defendants and Plaintiffs
5                                          MCS Music America, Inc., Music
                                           Copyright Solutions, PLC, Charles Lloyd,
6                                          Richard Delvy, Dyyor, Inc., Andrew York,
                                           Jeff Silbar, Larry Weiss, Mark Farner,
7                                          Alison Brown, Charlie Black, Jessica
                                           Pierce, Danny Simpson, Happy Sack
8                                          Music, Ltd., David Hoffner, Don Light,
                                           Darius Brooks, R Gant Music Group
9                                          Incorporated, Si Kahn, Joni Bishop, Ron
                                           Huff, Don Potter, SLL Music, LLC, Gail
10                                         Lunstrom, Stan Webb, Timothy Wilson,
                                           Chris Dipetta, and John McCutcheon.
11

12   DATED:  July ___, 2008          MICHAELIS MONTANARI & JOHNSON

13

14

15                                      By_____
                                           Garry L. Montanari
16                                         Attorneys for Defendants and Plaintiffs
                                           MCS Music America, Inc., Music
17                                         Copyright Solutions, PLC, Charles Lloyd,
                                           Richard Delvy, Dyyor, Inc., Andrew York,
18                                         Jeff Silbar, Larry Weiss, Mark Farner,
                                           Alison Brown, Charlie Black, Jessica
19                                         Pierce, Danny Simpson, Happy Sack
                                           Music, Ltd., David Hoffner, Don Light,
20                                         Darius Brooks, R Gant Music Group
                                           Incorporated, Si Kahn, Joni Bishop, Ron
21                                         Huff, Don Potter, SLL Music, LLC, Gail
                                           Lunstrom, Stan Webb, Timothy Wilson,
22                                         Chris Dipetta, and John McCutcheon.

23

24

25

26

27

28

76718/2583856.1                        -2-        Case No. CV 06-7285 DSF (SHx); CV 07-2297
                                                                                  DSF(SHx)
                                       JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1

2                                    **ORDER**

3    Based upon the stipulation entered into by and between the parties, the Court hereby dismisses
     with prejudice all claims between Napster and the MCS Parties pursuant to FED. R. CIV. P.
4    41(a)(1)(A)(ii), with each party to bear its own fees and costs.

5
     **IT IS SO ORDERED.**
6
     Dated: July 28, 2008
7
                                              _____
8                                             HONORABLE DALE S. FISCHER
                                              United States District Court Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28